AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture  Special Agent:

AUSA: Michael El-Zein   Telephone: (313) 550-2922
Andrew Nerreter   Telephone: (248) 469-9211

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

I hereby certify that the foregoing is a certified copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: s/Carolyn Ciesla
Deputy

In the Matter of the Seizure of )
(Briefly describe the property to be seized) )
All funds on deposit in two JP Morgan Chase Bank ) Case No.  Case: 2:21−mc−50006 - 1
Accounts as further described on Attachment A ) Assigned To : Parker, Linda V.
) Assign. Date : 1/5/2021
) IN RE: SEALED MATTER (CMC)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ Eastern _____ District of _____ Michigan _____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All funds on deposit in two JP Morgan Chase Bank Accounts as further described on Attachment A with permission to serve the warrant electronically followed by original service.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  January 19, 2021
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to the presiding United States Magistrate Judge on duty _____ .
(United States Magistrate Judge)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)
☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   January 5, 2021    10:12 am                         _____/s/_____
                                                                            Judge's signature

City and state:   Detroit, MI                   R. Steven Whalen          U. S. Magistrate Judge
                                                                          Printed name and title

## ATTACHMENT A

- All funds on deposit in JP Morgan Chase Account Number 850070582 up to and including $78,124.00

- All funds on deposit in JP Morgan Chase Account Number 583535056 up to and including $178,045.11

with permission to serve the warrant electronically followed by original service

**JP Morgan chase is instructed to provide federal agents authorized to seize the funds with the current balance in each account upon service of the seizure warrant and at the request of the federal agents authorized to seize the funds.**

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:21-mc-50006-1 | Date and time warrant executed: 01/07/2021 @ 10:00 am | Copy of warrant and inventory left with: VP Chase Bank Jolene Kavanaugh |

Inventory made in the presence of:
Vice President Branch Manager Chase Bank Jolene Karanaugh

Inventory of the property taken:

(1) Chase Document showing present balance of both accounts as well as showing confirmation of both accounts being frozen.

*Checks made payable to the United States Marshals Service in the amounts of $20,514.62 & $178,045.11 will be sent within 3-5 business days by Chase Bank to the following address:

United States Marshals Service
Attn: Shannon Alexander
231 W. Lafayette Blvd., Suite 300
Detroit, MI 48226

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/07/2021

*Executing officer's signature*

Edward Peter Mroczka III
*Printed name and title* DUSM/SI AFFI

**CHASE**
PO Box 183164
Columbus, OH 43218-3164

1/7/2020

EDWARD MROCZKA

Re: 2:21-MC-50006
Case No: WHOLESALE MEDICAL & SURGICAL SUPPLIERS OF AMERICA LLC & ZAFAR KHAN

**JPMorgan Chase Bank, N.A. ("JPMC") has received your SEIZURE WARRANT against the following debtor(s): WHOLESALE MEDICAL & SURGICAL SUPPLIERS OF AMERICA LLC & ZAFAR KHAN .**

| Account Number | Amount of Hold | Present Balance |
| --- | --- | --- |
| 0582 | $78,124.00 | $20,514.62 |
| 5056 | $178,045.11 | $178,045.11 |

The Present Balance may be subject to claims which may reduce the amount stated above, including but not limited to: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

This response is based on a search of data contained in JPMC's centralized customer identification and account information system. This system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMC's answer to the SEIZURE WARRANT. If you have any questions about this matter, please call us at 1-866-578-7022. We're here Monday through Friday from 8 a.m. to 9 p.m. and Saturday from 8 a.m. to 7 p.m. Eastern Time.

Sincerely,

Viviane Guerra
Transactions Specialist III
JPMorgan Chase Bank, N.A.

**CHASE**

JPMorgan Chase Bank, N.A.
A39a

# JPMorgan Chase & Co.

edward.mroczka@usdoj.gov                                        🔓 Authenticated by jpmchase.com  ✅ Valid Signature

| | |
|---|---|
| **From:** | viviane.guerra@chase.com |
| **To:** | EDWARD.MROCZKA@USDOJ.GOV |
| **Sent:** | Jan 7, 2021 1:45:13 PM EST |
| **Subject:** | Seizure Warrant Response |
| **Attached:** | Special Handling response - when holding (A39a).docx (40 kb) |

Please see attached.

Viviane Guerra | Transactions Specialist III | Court Orders & Levies (COAL) |JPMorgan Chase Bank, N A | 20855 Stone Oak PKWY, Floor 03 San Antonio, TX, 78258 | W: 210-489-8823 | F: 210-764-5565 | viviane.guerra@chase.com

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

🔒 Email Encryption Provided by Voltage SecureMail.

Copyright 2002-2017 JPMorgan Chase & Co. All rights reserved.



# CHASE PRIVATE CLIENT

**Jolene Kavanaugh**
Vice President
Branch Manager
**OUTSTANDING PERFORMER 2017**
NMLS ID: 1258839

MI1-9107
43101 Garfield
Clinton Township, MI 48038

Telephone: 586 286 5525
Facsimile: 855 323 7553
24/7 Service: 888 994 5626
jolene.kavanaugh@jpmchase.com

JPMorgan Chase Bank, N.A.